

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RASHIMEIR C. STANLEY,<br><br>Defendant. | Case: 4:21-cr-20087<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 2/3/2021<br>Description: SEALED MATTER (TT)<br><br><br><br>Violation(s):<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

### THE GRAND JURY CHARGES:

#### COUNT ONE
#### FELON IN POSSESSION OF A FIREARM
#### 18 U.S.C. § 922(g)(1)

On or about January 29, 2021, in the Eastern District of Michigan, RASHIMEIR C. STANLEY, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Ruger, Model SR9C, 9mm caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count One of this Indictment, RASHIMEIR C. STANLEY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offenses including but not limited to a Ruger, Model SR9C, 9mm caliber, semi-automatic pistol, serial number 33330318.

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON

Dated: 2-3-2021

SAIMA S. MOHSIN
Acting United States Attorney


s/ANTHONY P. VANCE
Assistant United States Attorney
Chief-Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 4:21-cr-20087<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 2/3/2021<br>Description: SEALED MATTER (TT) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to con

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☐ No | AUSA's Initials: |

**Case Title:** USA v. RASHIMEIR C. STANLEY

**County where offense occurred :** Genesee

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 3, 2021
    Date

s/ANTHONY P. VANCE

ANTHONY P. VANCE, AUSA
600 Church St, Ste. 210, Flint, MI 48502
Phone: (810)766-5177
Fax:   (810) 766-5427
E-Mail address: anthony.vance@usdoj.gov
Attorney Bar #: P61148

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.