UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: 21-cr-20087
                                                Hon. Matthew F. Leitman

v.

RASHIMEIR C. STANLEY,

        Defendant.

_____

**ORDER GRANTING DEFENDANT'S
MOTION TO EXTEND SELF-SURRENDER DATE**
_____

Upon the Motion of the Defendant, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the motion of Defendant, Rashimeir C. Stanley, is **GRANTED**. Defendant shall surrender himself on January 4, 2022, no later than 2:00 p.m. to FCI Allenwood Medium in White Deer, Pennsylvania.

**IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: December 16, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 16, 2021, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(810) 341-9764