UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 21-cr-20087
                              Hon. Matthew F. Leitman

RASHIMEIR C. STANLEY,

    Defendant.
_____/

**ORDER DISMISSING DEFENDANT'S MOTION
TO RECEIVE CREDIT FOR HOME INCARCERATION (ECF No. 29)**

Pursuant to the Order entered by the United States Court of Appeals for the Sixth Circuit on December 20, 2022, IT IS HEREBY ORDERED that Defendant Rashimeir Stanley's Motion to Receive Credit for Home Incarceration (ECF No. 29) is DISMISSED FOR LACK OF JURISDICTION.

**IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2022, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126